FILED

02/07/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0642

## IN THE SUPREME COURT OF THE STATE OF MONTANA

### DA 21-0642

FILED

FEB 0 7 2023

Bowen Greenwood
Clerk of Supreme Court
State of Montana

STATE OF MONTANA,

Plaintiff and Appellee,

v.

JENNIFER RENEE SKAW,

Defendant and Appellant.

O R D E R

Plaintiff and Appellee State of Montana and Defendant and Appellant Jennifer Renee Skaw, by and through their respective counsel, now stipulate and jointly move for an order dismissing this appeal and remanding the matter to the District Court with instructions for that court to amend its written judgment.

Skaw appealed from the November 8, 2021 Judgment entered in the Twenty-First Judicial District Court, Ravalli County, Cause No. DC-20-171. The parties advise this Court that Skaw was provided 110 days of credit for time served but she is entitled to 113 days of credit. The parties therefore ask this Court to remand this matter to the District Court with instructions for that court to amend its written judgment to provide Skaw with the appropriate amount of credit, and to dismiss with prejudice the remainder of this appeal.

Based on the parties' stipulation, and good cause appearing,

IT IS HEREBY ORDERED that this case is REMANDED to the Twenty-First Judicial District Court, Ravalli County, with instructions for the District Court to amend its November 8, 2021 Judgment in Cause No. DC-20-171 to give Skaw credit for 113 days previously served.

IT IS FURTHER ORDERED that this appeal is DISMISSED WITH PREJUDICE.

IT IS FURTHER ORDERED that REMITTITUR shall issue IMMEDIATELY UPON REMAND.

The Clerk is directed to provide copies of this Order to all counsel of record and to presiding judge Honorable Jennifer B. Lint.

Dated this _____ day of February, 2023.

_____

_____

_____

_____

_____
Justices